22763.  HORTON *v.* THE STATE.

BROYLES, C. J.  The evidence connecting the defendant with the offense charged was wholly circumstantial and was not sufficient to exclude every reasonable hypothesis except that of his guilt.  It follows that his conviction was unauthorized, and that the overruling of his motion for a new trial was error.

*Judgment reversed.  MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 25, 1933.

*J. L. Wallace,* for plaintiff in error.